# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAILEEN R. MIODOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV443 |
| vs. ) | |
| ) | ORDER |
| JESSE T. MIODOWSKI, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a telephone conference with counsel for the parties on November 13, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued. Within ten (10) working days following the court's ruling on the plaintiff's motion to dismiss (Filing No. 5), the plaintiff's counsel shall schedule and initiate the telephone conference for the purpose of scheduling this matter to trial.

DATED this 13th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge